IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEALTH TRACKER SYSTEMS LLC,<br><br>            Plaintiff,<br>      v.<br><br>MICHAEL KORS (USA), INC.,<br><br>            Defendants. | CIVIL ACTION NO. 1:22-CV-06437-ER |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Health Tracker Systems LLC ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and all Defendant's claims for attorney's fees against Plaintiff, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.


SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
September 15, 2022